# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. D2022-1530
_____

STEPHEN BLIGHTON, as personal
representative of the Estate of
Victoria Christine Blighton,

     Appellant,

     v.

FAMILY FUN AND SPORTS OF
MARIANNA, LLC, d/b/a Beef
O'Brady's,

     Appellee.

_____

On appeal from the Circuit Court for Jackson County.
James J. Goodman, Jr., Judge.


April 23, 2024

PER CURIAM.

     AFFIRMED.

BILBREY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Theodore R. Howell, Perry & Young, Panama City, for Appellant.

Kenny R. Cantrell, Chris K. Ritchie, M. Austin Moretz, Galloway, Johnson, Tompkins, Burr & Smith, PLC, Pensacola, for Appellee.